IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA
HARRISBURG DIVISION

| | |
|---|---|
| **In re:** <br><br> **Patricia Ann Warner,** <br> **fka Patricia Ann Smith,** <br>     Debtor <br><br> **Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST** <br>     Movant <br> v. <br> **Patricia Ann Warner,** <br>     Debtor/Respondent <br> **Gallen D. Smith** <br>     Co-Debtor/Respondent <br><br> **Jack N Zaharopoulos,** <br>     Trustee/Respondent | **Bankruptcy No. 1:23-bk-01189-HWV** <br><br> **Chapter 13** |

### ORDER

Upon consideration of the Certificate of Default filed by Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, Doc. 46, it is

**ORDERED** that the automatic stay provisions of Section 362 of the Bankruptcy Code are terminated with respect to Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST. It is further

**ORDERED** that Selene Finance, LP as servicer for U.S. BANK TRUST NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS OWNER TRUSTEE FOR RCAF ACQUISITION TRUST, its successor and/or assigns are entitled to proceed with appropriate state court remedies against the property located at 7270 Harmony Grove Road Wellsville, PA 17365, including without limitation a sheriff's sale of the property.

By the Court,

_____
Henry W. Van Eck, Chief Bankruptcy Judge
Dated: May 28, 2025