# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0314−1 | User: AutoDocketer | Date Created: 5/28/2025 |
| Case: 1:23−bk−01189−HWV | Form ID: pdf010 | Total: 3 |

**Recipients of Notice of Electronic Filing:**
aty      Michelle McGowan      mimcgowan@raslg.com
aty      Paul Donald Murphy−Ahles      pmurphy@dplglaw.com

                                                                                            TOTAL: 2

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
         Gallen D. Smith      7270 Harmony Grove Road      Wellsville, PA 17365

                                                                                          TOTAL: 1